NUMBER
13-01-504-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                      CORPUS CHRISTI B
EDINBURG

                                                                                                                     


 

WELLS FARGO BANK
TEXAS, N.A., 

F/K/A NORWEST BANK
TEXAS, N.A,                                    Appellant,

 

                                                   v.

 

WALTER WENDLANDT,
INDIVIDUALLY

AND AS TRUSTEE, BILL WENDLANDT,

AND JOE MILLER,                                                              Appellees.

                                                                                                                     


 

On
the Parties=
Joint and Agreed Motion to Dismiss Appeal Pursuant to Settlement.

                                                                                                                     


 

OPINION

 

Before
Justices Hinojosa, Yañez and Castillo 

Opinion
Per Curiam

 








All parties to the
present appeal have filed an agreed motion, signed by their attorneys, stating
that all matters in controversy have been settled and that the parties desire
to dismiss the appeal.  The Court, having
examined and fully considered the documents on file and the agreed motion for
dismissal, is of the opinion that the motion should be granted.  See Tex.
R. App. P. 42.1.  The agreed
motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED.

 

Per Curiam

 

Do not publish.  Tex. R.
App. P. 47.3

Opinion delivered and filed this the 

2nd day of May, 2002.